ORIGINAL

FILED
MAR 6 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**LAUREATE EDUCATION, INC.**

**Plaintiff,**

**V.** **No. 08-132 T**

**THE UNITED STATES OF AMERICA**

**Defendant.**

**<u>DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel of record for Plaintiff Laureate Education, Inc. certify:

1. Laureate Education, Inc. has no parent corporation.

2. No publicly traded corporation owns 10% or more of the stock of Laureate Education, Inc.

BAKER BOTTS L.L.P.

Dated: March 4, 2008

By: [signature]

John W. Porter, Attorney of Record
Baker Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1597
(713) 229-2797 (FAX)

Richard A. Husseini, Of Counsel
Baker Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1678
(713) 229-2778 (FAX)

James L. Chenoweth, Of Counsel
Baker Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1151
(713) 229-7511 (FAX)

ATTORNEYS FOR PLAINTIFF
LAUREATE EDUCATION, INC.