# In the United States Court of Federal Claims

No. 08-132 T
(Filed: March 10, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**LAUREATE EDUCATION, INC.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant**

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with her concurrence, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Nancy B. Firestone.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge