**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **LAUREATE EDUCATION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 08-132 T** |
| v. | ) | **The Honorable Nancy B. Firestone** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**
**WITHIN WHICH TO ANSWER**

Defendant, the United States, respectfully moves the Court for an enlargement of time of 45 days, from May 5, 2008, to and including June 19, 2008, within which to answer or otherwise respond to the Complaint. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states that immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt. Defendant's trial attorney received the legal recommendation on Wednesday, April 30, but has not yet received the relevant files (seven boxes of which were sent by the Chief Counsel). There has been insufficient time for our attorney to review the recommendation in the time that has elapsed, and without the relevant files it is in any event difficult to draft a pleading responsive to the Complaint. The time requested herein is therefore necessary for defendant's attorneys to review the legal

recommendation and to secure and review the associated files, and to draft a response to the Complaint.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Reviewer*

May 5, 2008

s/ David Gustafson
Of Counsel