____________________________________________Acting Clerk of Court