# In the United States Court of Federal Claims

**No. 08-132T**
**(Filed: August 14, 2008)**

* * * * * * * * * * * * * * * * *

**LAUREATE EDUCATION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** the joint preliminary status conference for **Monday, August 18, 2008 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (713) 229-1597; counsel for defendant at (202) 307-0503.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge