# In the United States Court of Federal Claims

**No. 08-132T**
**(Filed: August 18, 2008)**

* * * * * * * * * * * * * * * * * *
*
**LAUREATE EDUCATION, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

As discussed during the August 18, 2008 status conference, the court hereby **ORDERS** the following:

1. The plaintiff shall file a motion for summary judgment by **Monday, February 2, 2009**;

2. The government shall file a cross-motion for summary judgment and the parties shall file their responses and replies in accordance with the schedule set forth in Rule 7.2 of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge