# In the United States Court of Federal Claims

No. 08-132T
(Filed: October 22, 2010)

* * * * * * * * * * * * * * * *
\*
**LAUREATE EDUCATION, INC.,**  \*
\*
        **Plaintiff,**  \*
\*
**v.**  \*
\*
**THE UNITED STATES,**  \*
\*
        **Defendant.**  \*
\*
* * * * * * * * * * * * * * * *

**O R D E R**

      The parties' joint motion, filed October 21, 2010, to suspend the above-captioned case in order for the parties to finalize a settlement is **GRANTED**. Accordingly, the case is **STAYED**. The parties shall file a joint status report by **January 21, 2011**, detailing the status of the settlement in the approval process.

      **IT IS SO ORDERED.**

                                                s/Nancy B. Firestone
                                               NANCY B. FIRESTONE
                                               Judge